IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:22-CR-49-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ELGIN HART, | ) | |
| | ) | |
| Defendant. | ) | |

On August 4, 2023, Defendant Elgin Hart elected to proceed *pro se* in this matter, withdrew his pending motion to suppress filed by prior counsel, [DE-40], and requested additional time to file a new motion to suppress. [DE-60]. The court allowed the motion and ordered Defendant to file any motion to suppress by no later than September 5, 2023, and for the Government to respond within fourteen (14) days. [DE-61]. Accordingly, Defendant's arraignment will be reset for no sooner than forty-five (45) days after the court's ruling on Defendant's new motion to suppress. The court finds that the ends of justice served by this continuance outweigh the best interests of the public and defendant in a speedy trial. It is therefore ordered further that the period of delay necessitated by the continuance is excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this 10 day of August 2023.

Robert B. Jones, Jr.
United States Magistrate Judge